UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | |
|---|---|
| NICOLAS SERRANO, | : |
| Plaintiff, | : |
| -against- | : 1:23-cv-08154 (ALC) |
| EDWARD L. GRANT CORP., et al, | : **ORDER** |
| Defendants. | : |

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

Defendants were ordered to show cause for their failure to defend this action by August 23, 2023. Defendants failed to do so. Plaintiff is directed to seek a default judgment in compliance with Attachment A of my individual practices.

**SO ORDERED.**

Dated: October 24, 2023
       New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**