UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
   NICOLAS SERRANO,

                              **Plaintiff,**

                     1:23-cv-08154 (ALC)

        -against-

                     **ORDER**

   EDWARD L. GRANT CORP., et al,

                             **Defendants.**

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On December 18, 2023, this Court granted Defendant Alex Moreno's request for an extension of time to respond to the Complaint. ECF No. 13. To date Defendant has not filed a response. The Court hereby sua sponte grants Defendant Moreno an extension of time to respond to the Complaint to **February 20, 2024**.

**SO ORDERED.**

**Dated: January 23, 2024**
       New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**