UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
NICOLAS SERRANO,

                Plaintiff,

                                            1:23-cv-08154 (ALC)

-against-

                                            **ORDER**

EDWARD L. GRANT CORP., et al,

                Defendants.

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Defendant Alex Moreno's request for an extension of time to obtain an attorney and respond to the Complaint. ECF No. 15. To date Defendant has not filed a response. The Court has twice granted Defendant Moreno an extension of time. ECF Nos. 13, 14. The Court hereby grants Defendant Moreno an extension of time to respond to the Complaint to **March 8, 2024**. Defendant Moreno's attorney, if any, is directed to file a notice of appearance as soon as possible.

**SO ORDERED.**

**Dated: February 22, 2024**
       New York, New York                              **ANDREW L. CARTER, JR.**
                                                                  **United States District Judge**