UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

NICOLAS SERRANO,

                  Plaintiff,

        -against-

EDWARD L. GRANT CORP., et al,

                Defendants.

-------------------------------------------------------------x

1:23-cv-08154 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      Defendants have not filed an answer or response to Plaintiff's Complaint, filed September 14, 2023. ECF No. 1. Plaintiff is directed to seek a default judgment in compliance with Attachment A of my individual practices.

**SO ORDERED.**

**Dated: March 11, 2024**
        New York, New York

                                               ANDREW L. CARTER, JR.
                                               United States District Judge