**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x

NICOLAS SERRANO,                                      :
                                                     :
                            Plaintiff,               :
                                                     :        **1:23-cv-08154 (ALC)**
            -against-                                :
                                                     :        <u>**CONFERENCE ORDER**</u>
EDWARD L. GRANT CORP., et al,                        :
                                                     :
                            Defendants.              :
                                                     :

---------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court will hold a telephonic conference in this action on March 19, 2024 at 4:30PM

Eastern Time. All Parties shall appear and should contact the Court at 1-888-363-4749 (access

code: 3768660). Plaintiff is directed to serve the conference order on Defendants and file an

affidavit of service by March 13, 2024.

**SO ORDERED.**

**Dated: March 12, 2024**
      **New York, New York**                    _____
                                                   **ANDREW L. CARTER, JR.**
                                                 **United States District Judge**